Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

## MEMORANDUM[**]

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* — U.S. —, —, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.10, 2005).

VACATED and REMANDED.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Joseph GOMES, Defendant—Appellant.**

**No. 04–10455.**

**D.C. No. CR–03–00179–3–HG.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.[*]

Decided Feb. 18, 2005.

Louis A. Bracco, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

---

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Stuart N. Fujioka, Esq., Nishioka & Fujioka, Honolulu, HI, for Defendant–Appellant.

Before FERNANDEZ, GRABER and GOULD, Circuit Judges.

## MEMORANDUM[**]

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* — U.S. —, —, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* No. 02–30326, 2005 WL 350811, 400 F.3d 646 (9th Cir. Feb.9, 2005).

VACATED and REMANDED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Manuel PONCE, Defendant–Appellant.**

**No. 03–50546.**

**D.C. No. CR–03–00109–R–4.**

United States Court of Appeals, Ninth Circuit.

---

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.